AO 450 (Rev. 5/85)   Judgment in a Civil Case



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA - MISSOULA DIVISION

UNITED STATES OF AMERICA,

                      **DEFAULT**
                **JUDGMENT IN A CIVIL CASE**

        Plaintiff,

vs.

                CV 04-253-M-LBE

KELLY J. ROBBENNOLT,

        Defendant.

    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   X   Decision by Court.  This matter came before the Court for consideration.  The issues have been briefed and a decision has been rendered.

    IT IS HEREBY ORDERED THAT default judgment is entered against Kelly J. Robbennolt in the amount of $778,313.05, plus interest.

Dated:  February 8, 2006.

                                    PATRICK DUFFY

                                    /s/ Coleen Hanley

                                    (By) Deputy Clerk